IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KAIVEN LEMAR WESLEY                                                             PLAINTIFF

v.                                    Case No. 1:22-cv-1026

TIFFANY KINLEY, Jail Supervisor,
Ouachita County Detention Center, *et al*.                                      DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 83. Judge Bryant recommends that Plaintiff Kaiven Lemar Wesley's Motion for Copy of Legal Papers (ECF No. 55) be denied. Plaintiff filed a timely objection (ECF No. 85), but failed to specifically address any aspect of Judge Bryant's Report and Recommendation or offer any critique of Judge Bryant's reasoning. Accordingly, the Court reviews the instant Report and Recommendation for clear error instead of conducting a de novo review. *See Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994) (specific objections shift a court's review from one which scrutinizes for plain error to one in which the issues are reviewed de novo); *and see* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error from the face of the record and that Judge Bryant's conclusion is sound, the Court adopts the instant Report and Recommendation (ECF No. 83) *in toto*. Plaintiff's Motion for Copy of Legal Papers (ECF No. 55) is hereby **DENIED**.

**IT IS SO ORDERED**, this 19th day of April, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge