IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KAIVEN LEMAR WESLEY                                                                                    PLAINTIFF

v.                                            Case No. 1:22-cv-1026

TIFFANY KINLEY; STEPHANIE HOLMES;
KEANE LIPPS; DR. JOSEPH DELUCA; and
CAMERON OWENS                                                                                        DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 139. Judge Bryant recommends that Defendants' Motion for Summary Judgement (ECF No. 106) be granted in part and denied in part. Specifically, Judge Bryan recommends that: 1) Plaintiff's Claim Four against Defendants Stephanie Holmes, Cameron Owens, and Tiffany Kinley in their individual and official capacities be dismissed with prejudice; and 2) Plaintiff's Claims One, Two, Three, and Five against Defendants Joseph DeLuca, Stephanie Holmes, Cameron Owens, Tiffany Kinley, and Keane Lipps in their individual and official capacities should remain for further litigation.

No party has objected to Judge Bryant's R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court hereby adopts Judge Bryant's R&R in toto. Defendant's Motion for Summary Judgement (ECF No. 106) is hereby **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's Claim Four against Defendants Holmes, Owens, and Kinley in their

individual and official capacities is hereby **DISMISSED WITH PREJUDICE**. Plaintiff's Claims One, Two, Three, and Five against Defendants in their individual and official capacities shall remain for further litigation.

    **IT IS SO ORDERED**, this 20th day of March, 2024.

                                               /s/ Susan O. Hickey
                                               Susan O. Hickey
                                               Chief United States District Judge