## VERDICT

On Plaintiff Kaiven Wesley's claims against Defendant Joseph Deluca, in his individual capacity, for denial of medical care, we find in favor of:

_____*Joseph Deluca*_____

Plaintiff Kaiven Wesley    or    Defendant Joseph Deluca
(Write the prevailing party's name in the blank above.)

If, you find in favor of Plaintiff against Defendant Joseph Deluca, write "YES" on each of the independent claims you find Defendant Joseph Deluca liable:

_____ Hernia, Kidney, and Bladder Issues

_____ Ear Pain

(If you find in favor of Defendant Joseph Deluca you will leave the independent claims blank.)

On Plaintiff Kaiven Wesley's claim against Defendant Stephanie Holmes, in her individual capacity, for denial of medical care, we find in favor of

*Stephanie Holmes*

Plaintiff Kaiven Wesley    or    Defendant Stephanie Holmes

(Write the prevailing party's name in the blank above.)

If, you find in favor of Plaintiff against Defendant Stephanie Holmes, write "YES" on each of the independent claims you find Defendant Stephanie Holmes liable:

_____ Hernia, Kidney, and Bladder Issues

_____ Ear Pain

(If you find in favor of Defendant you will leave the independent claims blank.)

On Plaintiff Kaiven Wesley's claim against Defendant Tiffany Kinley, in her individual capacity, for denial of medical care, we find in favor of

_____ *Tiffany Kinley* _____

Plaintiff Kaiven Wesley    or    Defendant Tiffany Kinley

(Write the prevailing party's name in the blank above.)

If, you find in favor of Plaintiff against Defendant Tiffany Kinley, write "YES" on each of the independent claims you find Defendant Tiffany Kinley liable:

_____ Discovery on Floor in Pain on September 8, 2021

_____ Gastrointestinal Bleeding

(If you find in favor of Defendant you will leave the independent claims blank.)

**Note**        Complete the following paragraphs only if at least one of the above findings is in favor of the plaintiff.

We find plaintiff Kaiven Wesley's damages to be:

$ _____ (state the amount or, if none, write the word "none," or if you find the plaintiff's damages have no monetary value, state the nominal amount of "$1.00")

**Note:**        You may not award punitive damages against the defendants unless you have first found against that defendants and awarded the plaintiff nominal or actual damages.

We assess punitive damages:

$ _____ (state the amount or, if none, write the word "none").



Foreperson

Dated: 3/5/2026