U.S. District Court Western
District of Arkansas.

El Dorado Division

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

MAR 17 2026

Ronald E. Dowling
By_____
Deputy Clerk

Kaiven Wesley

V.

Tiffany Kinley ET. AL.

3-10-2026

Case no. 1:22-cv-01026

## Motion,
## Notice For Appeal

Kaiven Wesley Prose pray The court grant This filing on The Judgement part of my case.

I am appealing The Judgement part of my case and I did not Know if I had 14 or 30 day To file my appeal so I am filing notice of appeal on case no. 1:22-cv-01026 The Judgement part and The Default have not yet been done yet.

Kaiven Wesley
3-10-2026

New Address for now is below:

Kaiven Wesley 2479978
Telford Unit-TDCJ
3899 Highway 98
New Boston, TX 75570

Kawen Wesley 2479978
Telford Unit-TDCJ
3899 Highway 98
New Boston, Tx. 75570

Legal Mail

Legal Mail

11 MAR 2026 AM 2 L

UNITED STATES
OF AMERICA
FOREVER USA

Received WD/AR
MAR 17 2026
Clerk's Office

To. U.S. District Court Clerk
35. E Mountain, Room 510
Fayetteville, Ar. 72701

72701-535335