# U.S. COURT OF APPEALS - EIGHTH CIRCUIT
## NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet or attach an amended docket sheet with the final style of the case.

Western District of Arkansas  -  **EL DORADO DIVISION**

Civil Case No.:   **1:22-cv-01026-SOH**

Case Title:       **Wesley v. Kinley et al**

Length of Trial:  3 days, March 3-5, 2026

Financial Status:    Fee Paid?                            No

                  If NO, has IFP been granted?         No

                  Is there a pending motion for IFP?    No

Are there any other post-judgment motions?    No

Please identify the court reporter.

    If no court reporter, please check   ☐

    Name and Phone Number   Jodi Wade   (501) 623-6411
                    .

SPECIAL COMMENTS:

Certificate not received with NOA.  Sending notice to plaintiff with 30 day deadline.

Prior appeal : 23-2888